IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPERO ELECTRIC CORPORATION, | ) | CASE NO. 1:03 CV 2244 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| INTERNATIONAL BROTHERHOOD OF | ) | |
| ELECTRICAL WORKERS, LOCAL | ) | |
| UNION NO. 1377, AFL-CIO, | ) | **REPORT & RECOMMENDATION** |
| | ) | |
| Defendant. | ) | |

This case has been referred to me to conduct a settlement conference.[1] I conducted that conference on March 25, 2008.

During the course of that conference, it became apparent to me that certain calculations regarding back pay and earnings by the defendant since termination have yet to be completed and that the documentation supporting those calculations has yet to be assembled. Accordingly, after consultation with counsel, I have set a schedule for the completion of those calculations and their exchange and for further consultation with counsel on the resetting of the settlement conference.[2]

To facilitate further settlement negotiations and the completion of the Civil Rule 56 record, I am recommending that the current schedule for briefing on motions for summary judgment be adjusted by 45 days. With that adjustment, the schedule would be as follows:

- May 29, 2008 – motions for summary judgment due

- June 19, 2008 – oppositions to motions for summary judgment due

---

[1] ECF # 42.

[2] ECF # 46.

- June 26, 2008 – reply briefs in support of motions for summary judgment, if any, due

Counsel will be filing a motion requesting this adjustment of the schedule.

Dated: March 25, 2008      s/ William H. Baughman, Jr.
     United States Magistrate Judge

**Objections**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[3]

---

[3] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).