UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SPERO ELECTRIC CORPORATION, | ) | Case No.: 1:03 CV 2244 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF | ) | |
| ELECTRICAL WORKERS, LOCAL | ) | |
| UNION NO. 1377, AFL-CIO, | ) | |
| | ) | |
| Defendant | ) | ORDER |

By Order dated January 22, 2008, the court referred the within case to Magistrate Judge William Baughman to conduct a settlement conference with the parties. (ECF No. 42.) On March 25, 2008, Magistrate Judge Baughman issued a Report & Recommendation stating that he had conducted a settlement conference that day and had determined that additional discovery needed to be conducted regarding calculations of back pay and earnings. (ECF No. 47, at 1.) Consequently, Magistrate Judge Baughman set deadlines for the additional discovery and set a follow-up telephonic conference with the parties. (ECF No. 46.) In his Report & Recommendation, Magistrate Judge Baughman recommended that the dispositive motion deadlines be extended as follows: Motions for Summary Judgment due May 29, 2008; Opposition Briefs due June 19, 2008; Reply Briefs (if any) due June 26, 2008. (ECF No. 47, at 1-2.) On March 28, 2008, the parties filed a Joint Motion to Extend Dispositive Motion Deadlines (ECF No. 48), jointly requesting that the court adopt the above-mentioned dispositive motion deadlines.

-2-

The court hereby adopts both the Report and Recommendation (ECF No. 47) and the Joint Motion to Extend Dispositive Motion Deadlines (ECF No. 48). Accordingly, Motions for Summary Judgment are due May 29, 2008, Opposition Briefs are due June 19, 2008, and Reply Briefs (if any) are due June 26, 2008.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 1, 2008